DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER WOODLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2896

_____

February 25, 2026

Appeal from the County Court for Pinellas County; Dorothy Vaccaro, Judge.

William F. Sansone of Sansone Law, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee; Katherine Coombs Cline, Senior Assistant Attorney General, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.